**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BEAVER COUNTY EMPLOYEES' RETIREMENT FUND; ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM; and LUC DE WULF, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

TILE SHOP HOLDINGS, INC.; ROBERT A. RUCKER; THE TILE SHOP, INC.; TIMOTHY C. CLAYTON; PETER J. JACULLO III; JWTS, INC.; PETER H. KAMIN; TODD KRASNOW; ADAM L. SUTTIN; WILLIAM E. WATTS; ROBERT W. BAIRD & CO. INCORPORATED; CITIGROUP GLOBAL MARKETS INC.; CJS SECURITIES, INC.; HOULIHAN LOKEY CAPITAL, INC.; PIPER JAFFRAY & CO.; SIDOTI & COMPANY, LLC; TELSEY ADVISORY GROUP LLC; and WEDBUSH SECURITIES, INC.,

Defendants.

Civil No. 0:14-cv-00786-ADM-TNL

**THE TILE SHOP DEFENDANTS'**
**MOTION TO DISMISS**

Defendants Tile Shop Holdings, Inc., Robert A. Rucker, The Tile Shop, Inc., and Timothy C. Clayton (collectively, "Tile Shop Defendants") hereby move pursuant to 15 U.S.C. §78u-4 and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure for dismissal with prejudice of claims asserted against them in the

Consolidated Complaint For Violation Of The Federal Securities Laws ("Consolidated Complaint") in the above-described action.

The grounds for this motion are that, with the exception of Count I as applicable to Tile Shop's December 2012 secondary public offering, the Consolidated Complaint fails to plead claims with the particularity required by Rule 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, and fails to state a claim upon which relief may be granted.

This motion is based upon all of the files, records, and proceedings in this action, and upon The Tile Shop Defendants' Memorandum In Support Of Motion To Dismiss and the Affidavit of Wendy J. Wildung and its supporting exhibits submitted herewith.

Date: July 25, 2014.

Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

/s/ Wendy J. Wildung

Wendy J. Wildung (#117055)
Justin P. Krypel (#0389385)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000

*Attorneys for Defendants Tile Shop Holdings, Inc., Robert A. Rucker, The Tile Shop, Inc., and Timothy C. Clayton*

US.54438086.01