**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Beaver County Employees'
Retirement Fund et al.,

       Plaintiffs,

v.  Civil No. 14-786 (ADM/TNL)

Tile Shop Holdings, Inc. et al.,

       Defendants.

_____

Kinkeung Mok, derivatively on behalf
of Tile Shop Holdings, Inc.,

       Plaintiff,

v.  Civil No. 15-cv-1570 (PJS/TNL)

Robert A. Rucker, et al.,

       Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

After reviewing an unredacted Complaint and upon letter request from counsel for Plaintiff and Defendants, the Mok matter is sufficiently related to the Beaver County matter to warrant reassignment as a related case.

Case No. 14-cv-786 (ADM/TNL) having been assigned to Judge Ann D. Montgomery and Case No. 15-cv-1570 (PJS/TNL) having later been assigned to Judge Patrick J. Schiltz, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 15-cv-1570 (PJS/TNL) be assigned to Judge Ann D. Montgomery and Magistrate Judge Tony L. Leung, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed December 19, 2008.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  April 8, 2015             s/Ann D. Montgomery  
                                            Judge Ann D. Montgomery  
                                            United States District Court

Dated:  April 9, 2015             s/Patrick J. Schiltz  
                                            Judge Patrick J. Schiltz  
                                            United States District Court