UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BEAVER COUNTY EMPLOYEES' RETIREMENT FUND; ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM; and LUC DE WULF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TILE SHOP HOLDINGS, INC., ROBERT A. RUCKER, THE TILE SHOP, INC., TIMOTHY C. CLAYTON, PETER J. JACULLO III, JWTS, INC., PETER H. KAMIN, TODD KRASNOW, ADAM L. SUTTIN AND WILLIAM E WATTS; ROBERT W. BAIRD & CO. INCORPORATED; CITIGROUP GLOBAL MARKETS INC.; CJS SECURITIES, INC., HOULIHAN LOKEY CAPITAL, INC.; PIPER JAFFRAY & CO.; SIDOTI & COMPANY, LLC; TELSEY ADVISORY GROUP LLC; and WEDBUSH SECURITIES, INC.,<br><br>Defendants. | Civ. No. 0:14-cv-00786-ADM-TNL<br><br><u>CLASS ACTION</u><br><br>Hearing Date:  December 10, 2015<br>Time:  10:00 a.m.<br>Courtroom:  3B |

LEAD PLAINTIFFS MOTION TO COMPEL
THE PRODUCTION OF DOCUMENTS
BY THE TILE SHOP DEFENDANTS

Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, and Luc Dewulf (collectively, "Plaintiffs") respectfully move this Court for an Order compelling defendants Tile Shop Holdings, Inc. ("Tile Shop"), Robert A. Rucker ("Rucker"), The Tile Shop, Inc., and Timothy C. Clayton to produce all non-privileged documents from the files of Rucker, Fumitake Nishi, LiXun Rucker, Adam Rucker, Fan Wang, Joseph Kinder, Carl Randazzo, Hasim Khorakiwala and Jim Beukelman, as well as Tile Shop's corporate files, from January 1, 2008 to March 31, 2014, that: (i) concern the formation, ownership, control or operation of Beijing Pingxiu; or (ii) mention Jian Zhang or Pan Zhang, together with such other relief as the Court deems just and proper.

Plaintiffs respectfully request that the Court grant this Motion for the reasons set forth in the accompanying Memorandum of Law and Declaration of William J. Geddish, dated November 13, 2015, to which all exhibits are attached.

DATED:  November 13, 2015        ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
                                                     SAMUEL H. RUDMAN
                                                     JOSEPH RUSSELLO (admitted *pro hac vice*)
                                                     WILLIAM J. GEDDISH (admitted *pro hac vice*)
                                                     CHRISTOPHER T. GILROY (admitted *pro hac vice*)

                                                     JOSEPH RUSSELLO

                                                    58 South Service Road, Suite 200
                                                    Melville, NY 11747
                                                    Telephone: 631/367-7100
                                                    631/367-1173 (fax)
                                                    srudman@rgrdlaw.com
                                                    jrussello@rgrdlaw.com
                                                    wgeddish@rgrdlaw.com
                                                    cgilroy@rgrdlaw.com

1

KESSLER TOPAZ MELTZER
  & CHECK, LLP
MATTHEW L. MUSTOKOFF (admitted *pro hac vice*)
KIMBERLY A. JUSTICE (admitted *pro hac vice*)
STACEY M. KAPLAN (admitted *pro hac vice*)
MARGARET E. ONASCH (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
mmustokoff@ktmc.com
kjustice@ktmc.com
skaplan@ktmc.com
monasch@ktmc.com

*Co-Lead Counsel for Plaintiffs*

CHESTNUT CAMBRONNE PA
KARL L. CAMBRONNE (#14321)
JEFFREY D. BORES (#227699)
BRYAN L. BLEICHNER (#0326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Telephone: 612/339-7300
612/336-2940 (fax)
kcambronne@chestnutcambronne.com
jbores@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Liaison Counsel for Plaintiffs*