# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
**Memorandum of Law in Support of Lead Plaintiffs' Motion to Compel the Production of Documents by the Tile Shop Defendants**

Beaver County Employees' Retirement Fund; Erie County Employees' Retirement System; and Luc De Wulf,

      Plaintiffs

v.                                                          Case Number: 14-cv-786 ADM/TNL

Tile Shop Holdings, Inc., et al.

      Defendants

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*[list item(s) for which this notice serves as a placeholder in ECF]*
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Dkt. No. 147)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
       (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.