## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BEAVER COUNTY EMPLOYEES' RETIREMENT FUND; ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM; and LUC DE WULF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TILE SHOP HOLDINGS, INC.; ROBERT A. RUCKER; THE TILE SHOP, INC.; TIMOTHY C. CLAYTON; PETER J. JACULLO, III; JWTS, INC.; PETER H. KAMIN; TODD KRASNOW; ADAM L. SUTTIN; WILLIAM E. WATTS; ROBERT W. BAIRD & CO. INCORPORATED; CITIGROUP GLOBAL MARKETS, INC.; CJS SECURITIES, INC.; HOULIHAN LOKEY CAPITAL, INC.; PIPER JAFFRAY & CO.; SIDOTI & COMPANY, LLC; TELSEY ADVISORY GROUP, LLC; and WEDBUSH SECURITIES, INC.,<br><br>Defendants. | Civil Action No. 14-cv-786-ADM-TNL<br><u>CLASS ACTION</u> |

### LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Court-appointed Class Representatives Beaver County Employees Retirement Fund, Erie County Employees' Retirement System and Luc DeWulf (collectively, "Class Representatives" or "Lead Plaintiffs"), on behalf of themselves and members of the Court-certified Class, respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an Order: (1) granting preliminary approval of the proposed settlement (the "Settlement") of the above-captioned action (the "Action") as embodied in the Stipulation of Settlement dated January 13, 2017 filed herewith (the "Stipulation"); (2) approving the proposed form and manner of providing notice of the Action and the Settlement to the Class; (3) appointing Gilardi & Co. LLC. as Claims Administrator; and (4) setting a schedule for completion of further Settlement-related proceedings, including providing notice to the Class and a final fairness hearing. Defendants do not oppose this motion.

This motion is based on the supporting memorandum of law, the Stipulation and supporting exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented by the parties.

Dated: January 13, 2017         Respectfully submitted,

                                KESSLER TOPAZ MELTZER
                                  & CHECK, LLP

                                /s *Matthew L. Mustokoff*
                                MATTHEW L. MUSTOKOFF (admitted *pro hac vice*)
                                Kimberly A. Justice (admitted *pro hac vice*)
                                Michelle M. Newcomer (admitted *pro hac vice*)
                                Nathan A. Hasiuk (admitted *pro hac vice*)
                                280 King of Prussia Road
                                Radnor, PA 19087
                                Telephone: (610) 667-7706

Facsimile:   (610) 667-7056
mmustokoff@ktmc.com
kjustice@ktmc.com
mnewcomer@ktmc.com
nhasiuk@ktmc.com

      and

Stacey M. Kaplan (admitted *pro hac vice*)
Paul A. Breucop (admitted *pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone:  (415) 400-3000
Facsimile:  (415) 400-3001
skaplan@ktmc.com
pbreucop@ktmc.com

Samuel H. Rudman (admitted *pro hac vice*)
Joseph Russello (admitted *pro hac vice*)
Francis P. Karam (admitted *pro hac vice*)
William J. Geddish (admitted *pro hac vice*)
Christopher T. Gilroy (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:  (631) 367-7100
Facsimile:   (631) 367-1173
srudman@rgrdlaw.com
jrussello@rgrdlaw.com
fkaram@rgrdlaw.com
wgeddish@rgrdlaw.com
cgilroy@rgrdlaw.com

      and

Jeffrey D. Light (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423
jlight@rgrdlaw.com

***Co-Lead Counsel for Plaintiffs and the Class***

          Karl L. Cambronne (#14321)
          Jeffrey D. Bores (#227699)
          Bryan L. Bleichner (#0326689)
          CHESTNUT CAMBRONNE PA
          17 Washington Avenue North, Suite 300
          Minneapolis, MN 55401-2048
          Telephone: (612) 339-7300
          Facsimile: (612) 336-2940
          kcambronne@chestnutcambronne.com
          jbores@chestnutcambronne.com
          bbleichner@chestnutcambronne.com

*Liaison Counsel for Plaintiffs*