UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| BEAVER COUNTY EMPLOYEES' RETIREMENT FUND; ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM; and LUC DE WULF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TILE SHOP HOLDINGS, INC.; ROBERT A. RUCKER; THE TILE SHOP, INC.; TIMOTHY C. CLAYTON; PETER J. JACULLO, III; JWTS, INC.; PETER H. KAMIN; TODD KRASNOW; ADAM L. SUTTIN; WILLIAM E. WATTS; ROBERT W. BAIRD & CO. INCORPORATED; CITIGROUP GLOBAL MARKETS, INC.;  CJS SECURITIES, INC.; HOULIHAN LOKEY CAPITAL, INC.; PIPER JAFFRAY & CO.; SIDOTI & COMPANY, LLC; TELSEY ADVISORY GROUP LLC; and WEDBUSH SECURITIES, INC.,<br><br>Defendants. | Civ. No. 0:14-cv-00786-ADM-TNL<br><br>CLASS ACTION<br><br>CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION<br><br>DATE:    May 3, 2017<br>TIME:    10:00 a.m.<br>CTRM:   The Honorable Ann D. Montgomery |

Class Representatives Beaver County Employees' Retirement Fund, Erie County Employees' Retirement System and Luc DeWulf hereby move this Court for final approval of class action settlement and approval of plan of distribution of settlement proceeds. This Motion is based upon the Notice of Hearing, this Motion, the Memorandum of Law in Support thereof, the Joint Declaration of Matthew L. Mustokoff and Joseph Russello in Support of (I) Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Distribution; and (II) Class Counsel's Motion for Attorneys' Fees and Expenses and Reimbursement of Class Representatives' Costs and Expenses, the Declaration of Carole K. Sylvester Regarding (A) Mailing of the Notice and Proof of Claim, (B) Publication of the Summary Notice, and (C) Requests for Exclusion Received to Date, the pleadings and records on file in this case, and such other matters and arguments as the Court may consider.

DATE: March 20, 2017

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
JOSEPH RUSSELLO (admitted *pro hac vice*)
FRANCIS P. KARAM (admitted *pro hac vice*)
WILLIAM J. GEDDISH (admitted *pro hac vice*)
CHRISTOPHER T. GILROY (admitted *pro hac vice*)

s/ Joseph Russello
JOSEPH RUSSELLO

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
jrussello@rgrdlaw.com
fkaram@rgrdlaw.com

- 1 -

wgeddish@rgrdlaw.com
cgilroy@rgrdlaw.com
    and
JEFFREY D. LIGHT (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)
jeffl@rgrdlaw.com

KESSLER TOPAZ MELTZER
  & CHECK, LLP
MATTHEW L. MUSTOKOFF (admitted *pro hac vice*)
KIMBERLY A. JUSTICE (admitted *pro hac vice*)
MICHELLE M. NEWCOMER (admitted *pro hac vice*)
NATHAN A. HASIUK (admitted *pro hac vice*)


    s/ Matthew L. Mustokoff
   MATTHEW L. MUSTOKOFF

280 King of Prussia Road
Radnor, PA 19087
Telephone:  610/667-7706
610/667-7056 (fax)
mmustokoff@ktmc.com
kjustice@ktmc.com
mnewcomer@ktmc.com
nhasiuk@ktmc.com
    and
STACEY M. KAPLAN (admitted *pro hac vice*)
PAUL A. BREUCOP (admitted *pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone:  415/400-3000
415/400-3001 (fax)
skaplan@ktmc.com
pbreucop@ktmc.com

***Co-Lead Counsel for Plaintiffs and the Class***

- 2 -

CHESTNUT CAMBRONNE PA
KARL L. CAMBRONNE (#14321)
JEFFREY D. BORES (#227699)
BRYAN L. BLEICHNER (#0326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Telephone:  612/339-7300
612/336-2940 (fax)
kcambronne@chestnutcambronne.com
jbores@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Liaison Counsel for Plaintiffs*

- 3 -

1244775_1